IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EDWIN PENNINGTON                                                                                       PLAINTIFF

VS.                                                                                   CASE NO.: 3:16-CV-210-HTW-LRA

FOUNTAIN CONSTRUCTION CO., INC.
and JAMES B. FOUNTAIN, INDIVIDUALLY                                              DEFENDANTS
_____

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF CLAIMS WITH PREJUDICE
_____

Plaintiff, Edwin Pennington, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal of claims with prejudice as to Defendants, Fountain Construction Co., Inc. and James B. Fountain, Individually.

Respectfully submitted, this the 16th day of May, 2016.

Edwin Pennington, Plaintiff

/s/ Christopher W. Espy
CHRISTOPHER W. ESPY, ESQ.

Christopher W. Espy, Esq. (MBN: 102424)
MORGAN & MORGAN, PLLC
188 East Capitol Street, Suite 777
Jackson, Mississippi 39201
Phone: 601-718-2087
Fax:    601-718-2102
Email: cespy@forthepeople.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Christopher W. Espy, Esq., attorney for Plaintiff, do hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the online CM/ECF system, which I understand will send a Notice of Electronic Filing to any and all parties of record.

So certified, this the 16th day of May, 2016.

/s/ Christopher W. Espy
CHRISTOPHER W. ESPY, ESQ.